UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SBK ART LLC,<br><br>       Petitioner,<br><br>for an order pursuant to 28 U.S.C §1782 to conduct discovery for use in foreign proceedings | CASE NO.: XX-XX-XXX |

### *EX PARTE* PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM AKIN GUMP STRAUSS HAUER & FELD LLP AND AKIN GUMP LLP FOR USE IN FOREIGN PROCEEDINGS

 Robert S. Landy
 Michael A. Piazza
 Adam C. Yaeger
 FORD O'BRIEN LANDY, LLP
 275 Madison Avenue, 24th Floor
 New York, New York 10016
 Telephone: (212) 858-0040
 Facsimile: (212) 256-1047
 rlandy@fordobrien.com
 mpiazza@fordobrien.com

 *Counsel for Petitioner*
 *SBK ART, LLC*

Pursuant to 28 U.S.C. §1782, applicant SBK ART LLC ("SBK ART" or "Petitioner") hereby applies *ex parte* for the issuance of document and deposition subpoenas to Akin Gump Strauss Hauer & Feld LLP and Akin Gump LLP ("Akin") in connection with a proceeding in Malta and an anticipated action in the Netherlands or some other foreign court (collectively the "Foreign Proceedings," all as more fully described in the Memorandum of Law submitted in support of this Application). SBK ART invokes §1782 and seeks this Court's assistance because Akin, which is not a party to the Foreign Proceedings, possesses information that is both relevant and important to the foreign litigation.

This Court is empowered to issue the subpoenas because (i) Akin is headquartered within this District, (ii) the subpoenas seek discovery related to the Foreign Proceedings, (iii) Akin is not a party in the Foreign Proceedings, and (iv) SBK ART is an "interested person" by virtue of its status as a litigant in the Foreign Proceedings.

This *Ex Parte* Petition is based on the concurrently filed Declarations of John Refalo and Michael A. Piazza, the accompanying Memorandum of Law, all matters of which this Court may take judicial notice, and further written and oral argument as may be presented to the Court.

Dated: March 26, 2024

Respectfully submitted,

/s/ Robert S. Landy
Robert S. Landy
Michael A. Piazza
Adam C. Yaeger
FORD O'BRIEN LANDY, LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 858-0040
Facsimile: (212) 256-1047
rlandy@fordobrien.com
mpiazza@fordobrien.com

*Counsel for Petitioner*
*SBK ART, LLC*