UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SBK ART LLC,<br><br>                              Petitioner,<br><br>for an order pursuant to 28 U.S.C §1782 to conduct discovery for use in foreign proceedings | CASE NO.: 1:24-MC-00147<br><br>Judge Lewis A. Kaplan |

### NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN MATERIALS IN CONNECTION WITH SBK ART LLC'S PETITION FOR AN ORDER PURSUANT TO 28 USC § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Robert S. Landy and Exhibits 1 through 4 attached thereto, and the Memorandum of Law in Support of the Motion to Seal, Petitioner SBK ART LLC, by and through undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 5.2(d), for an Order granting leave to file under seal unredacted copies of Exhibits 1 through 4 to the Accompanying Declaration of Robert S. Landy.

Petitioner's application for leave to file under seal is GRANTED.

The Clerk of Court is respectfully requested to terminate ECF 11.

Dated: April 18, 2024
       New York, NY

SO ORDERED
/s/ Robyn F. Tarnofsky
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

ROBERT LANDY

By: /s/ Robert S. Landy
    ROBERT S. LANDY
    MICHAEL A. PIAZZA
    ADAM C. YAEGER

    Attorneys for Petitioner
    SBK ART LLC