UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SBK ART LLC, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings<br><br>Defendants. | 24-mc-00147 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 27, 2024, petitioner SBK ART LLC ("SBK") filed a petition under 28 U.S.C. § 1782 for the issuance of document and deposition subpoenas to Akin Gump Strauss Hauer & Feld LLP and Akin Gump LLP (together, "Akin") related to ongoing litigation in Malta and the European Union and anticipated litigation in the Netherlands. (ECF 1, 8.) On March 28, 2024, the petition was assigned to the Honorable Lewis A. Kaplan, who referred the matter to me.

SBK is directed to serve Akin with the petition, all supporting papers, and a copy of this Order by **April 22, 2024** and to file proof of such service on the docket on the same day. Akin's response to SBK's petition, if any, is due **May 6, 2024**. Petitioners' reply, if any, is due **May 13, 2024**. SO ORDERED.

DATED:  April 18, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge