**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE EX PARTE APPLICATION OF SBK ART LLC,<br><br>*Petitioner*,<br><br><br>*for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings* | Case No. 1:24-mc-00147-PAE-RFT |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Respondent Akin Gump Strauss Hauer & Feld LLP ("<u>Respondent</u>"), by its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's Opinion and Order dated May 30, 2025 (ECF No. 57), which granted in part and denied in part Petitioner's petition to obtain discovery from Respondent pursuant to 28 U.S.C. § 1782, as well as all other orders encompassed therein.

Dated:  June 20, 2025                                      Respectfully submitted,
        New York, New York

                                                          */s/ Anne M. Evans*

                                                          Stephen M. Baldini
                                                          Anne M. Evans
                                                          Sean M. Nolan
                                                          Daniel Slemmer
                                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                                          One Bryant Park
                                                          New York, New York 10036
                                                          sbaldini@akingump.com
                                                          aevans@akingump.com
                                                          snolan@akingump.com
                                                          dslemmer@akingump.com
                                                          (212) 872-1000

                                                          James E. Tysse
                                                          Lide E. Paterno
                                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                                          2001 K Street NW
                                                          Washington, DC 20006
                                                          jtysse@akingump.com
                                                          lpaterno@akingump.com
                                                          (202) 887-4000