UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* EX PARTE APPLICATION OF SBK ART LLC | 24 Misc. 147 (PAE) (RFT) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of an application from respondent Akin Gump Strauss Hauer & Feld, LLP for a stay pending appeal of this Court's decision of May 30, 2025, Dkt. 57. Any response by petitioner SBK ART LLC is due **Wednesday, July 23, 2025**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2025
         New York, New York