UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF SBK ART LLC,

Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings.

24-MC-00142 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is SBK's request for a more detailed privilege log. (ECF 87.) As discussed at the conference held on August 10, 2026, Akin shall look into the burden associated with reviewing communications around the time of the Akin opinion to, from, or copying individuals who worked on, were consulted on, or were otherwise involved with the Akin opinion. The parties shall meet and confer further on the appropriate scope of a more detailed privilege log than the existing log relating to such communications and to communications on the existing log from the same timeframe and involving the same group of individuals. By **August 24, 2026**, the parties shall file a letter on the docket discussing the status of Akin's efforts to quantify that burden and the parties' efforts to meet and confer to discuss the appropriate scope of a more detailed privilege log.

DATED: August 10, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**