UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF SBK ART LLC,
Petitioner,
for an Order Pursuant to 28 U.S.C. § 1782
To Take Discovery for Use in Foreign
Proceedings

Defendants.

24-mc-00147 (LAK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a discovery conference on **August 28, 2026 at 2:00 PM**. The parties should be prepared to discuss the discovery issues raised in the joint letter at ECF 97. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 511 488 652#.**

DATED: August 25, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE