UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF SBK ART LLC,

Petitioner,

For an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings.

24-mc-00147 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on August 28, 2026:

1. There is no need to run additional search terms on "universe one."
2. Akin shall run the search term Fortenova and review the resulting documents for production.
3. Akin need not at this time search the relationship partner's electronic documents; however, SBK may renew the request if produced documents indicate that such a search would be proportionate to the needs of the case.
4. SBK may file more frequent status updates if it chooses.

DATED: August 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge